IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ARTHUR CHAMPION, #04303-043                                    PETITIONER

VERSUS                           CIVIL ACTION NO. 5:07cv118-DCB-MTP

CONSTANCE REESE, Warden, et al.                               RESPONDENTS

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the   13th   day of January, 2009.

                                              s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE